# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action No. |
| v. | )<br>) COMPLAINT |
| SHOP 'N SAVE WAREHOUSE FOODS, INC., d/b/a SHOP 'N SAVE | )<br>) Jury Trial Demanded<br>) |
| Defendant. | )<br>) |

## COMPLAINT

### NATURE OF THE ACTION

This is action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Rodney Roundtree, who was adversely affected by such practices. The Commission alleges that Shop 'n Save Warehouse Foods, Inc., d/b/a Shop 'n Save, failed to make reasonable accommodation for and terminated the employment of Rodney Roundtree because of his disability, Myasthenia Gravis.

### JURISDICTION AND VENUE

1.  The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42

U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Missouri, Eastern Division.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant Shop 'n Save Warehouse Foods , Inc. d/b/a Shop 'n Save ("Defendant") has continuously been a Missouri corporation doing business in the State of Missouri and has continuously employed at least fifteen (15) employees.

5.      At all relevant times, Defendant has continuously been an employer in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. §12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.      At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than 30 days prior to the institution of this lawsuit, Rodney Roundtree filed a charge with the Commission alleging violations of Title I of the ADA by Defendant, and all conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least April 2005, Defendant has engaged in unlawful employment practices at its Kirkwood, Missouri location, in violation of Section 102(a) and (b) of Title I of the ADA, 42 U.S.C. § 12112(a) and (b), by failing to accommodate Rodney Roundtree and terminating the employment of Rodney Roundtree because of his disability, Myasthenia Gravis.

9. The effect of unlawful employment actions complained of in paragraph 8, above, has been to deprive Rodney Roundtree of equal employment opportunities and otherwise adversely affect his status as an employee because of his disability.

10. The unlawful employment practices complained of in paragraph 8, above, were intentional.

11. The unlawful employment practices complained of in paragraph 8, above, were done with malice or reckless indifference to the federally protected rights of Rodney Roundtree.

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that discriminates on the basis of disability;

B. Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals with disabilities, and that

eradicate the effects of its past and present unlawful employment practices;

  C. Order Defendant to make Rodney Roundtree whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, reinstatement or front pay in lieu of reinstatement and all benefits associated therewith, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

  D. Order Defendant to make Rodney Roundtree whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 8 above in amounts to be determined at trial;

  E. Order Defendant to make Rodney Roundtree whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices described in Paragraph 8, above, including compensation for emotional pain, suffering, inconvenience, loss of enjoyment of life, damage to reputation, and humiliation, in amounts to be determined at trial;

  F. Order Defendant to pay Rodney Roundtree punitive damages for its malicious and reckless conduct, as described in paragraph 8, above, in amounts to be determined at trial;

  G. Grant such further relief as the Court deems necessary and proper in the public interest; and

  H. Award the Commission its costs incurred in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

          Respectfully submitted,

          RONALD COOPER
          General Counsel

          JAMES L. LEE
          Deputy General Counsel

          GWENDOLYN YOUNG REAMS
          Associate General Counsel

          JEAN P. KAMP
          Acting Regional Attorney

          /s/ Barbara A. Seely
          BARBARA A. SEELY
          Supervisory Trial Attorney

          /s/ Rebecca S. Stith
          REBECCA S. STITH
          MO#36703, ED#4465
          Senior Trial Attorney
          EQUAL EMPLOYMENT OPPORTUNITY
          COMMISSION
          St. Louis District Office
          1222 Spruce, Room 8.100
          St. Louis, MO  63103
          (314) 539-7917
          rebecca.stith@eeoc.gov